**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 22-1388**

—————————

KINGSLEY AZUBUIKE ONONUJU,

Plaintiff - Appellant,

v.

VIRGINIA HOUSING DEVELOPMENT AUTHORITY; TODD OLIFF,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Roderick Charles Young, District Judge.  (2:20-cv-00205-RCY-RJK)

—————————

Submitted:  April 20, 2023                            Decided:  April 24, 2023

—————————

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Kingsley Azubuike Ononuju, Appellant Pro Se.  Godfrey T. Pinn, Jr., HARRELL & CHAMBLISS, Richmond, Virginia; Edwin Ford Stephens, CHRISTIAN & BARTON, LLP, Richmond, Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kingsley Azubuike Ononuju appeals the district court's order denying relief in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ononuju v. Virginia Hous. Dev. Auth.,* No. 2:20-cv-00205-RCY-RJK (E.D. Va. Mar. 15, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*